UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CIVIL ACTION NO. 10-199-KKC

RAYMOND HARRIS,            PETITIONER,

V.            **ORDER**

COOKIE CREWS,            RESPONDENT.
*Warden, Kentucky State Reformatory*

       Petitioner, Raymond Harris, has tendered herein a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his conviction in state court. [R. 1]. An initial review of Petitioner's application finds that the filing fee ($5) has not been paid. Further, Petitioner's application incorrectly lists "Raymond Harris" as the Respondent. Having considered the matter fully, and being otherwise sufficiently advised,

       IT IS ORDERED AS FOLLOWS:

       (1)     Petitioner is granted forty-five (45) days from the date of entry of this Order to pay the $5.00 filing fee for this action.

       (2)     Petitioner is hereby placed on notice that if he fails to pay the filing fee by the above deadline, the undersigned shall recommend dismissal of Petitioner's habeas petition.

       (3)     In the event Petitioner pays the $5.00 filing fee, the Clerk of Court shall forward the record in this matter to the undersigned for further review.

       (4)     The Clerk of the Court is directed to amend the style of this action to reflect that the Respondent is "Cookie Crews, Warden, Kentucky State Reformatory."

       Signed July 29, 2010.



Signed By:
*Edward B. Atkins*    *EBA*
**United States Magistrate Judge**