UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION  at LONDON

CIVIL ACTION NO. 10-199-KKC

RAYMOND HARRIS,                                                                                               PETITIONER

v.                                                        **ORDER**

COOKIE CREWS,
WARDEN, KENTUCKY STATE REFORMATORY,                                          RESPONDENT

\* \* \*   \* \* \*   \* \* \*   \* \* \*

On July 20, 2010, Raymond Harris filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (DE 1).  Consistent with local practice, this matter was referred to the United States Magistrate Judge for consideration.

On July 29, 2010, the Magistrate Judge gave the Petitioner forty-five (45) days to pay the required $5 filing fee for his petition (DE 2).  When that period of time elapsed without payment of the fee or further filings from the Petitioner, the Magistrate Judge filed his proposed Report and Recommendation concluding that the petition should be dismissed without prejudice (DE 3).  The Petitioner has not made any objections to the Magistrate Judge's findings.

Accordingly, it is **HEREBY ORDERED** as follows:

(1)   The Magistrate Judge's Report and Recommendation (DE 3) is **ADOPTED** as the opinion of this Court; and

(2)   The petition for a writ of habeas corpus (DE 1) is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.  Nothing in this Order precludes the Petitioner from submitting a new habeas petition with payment of the filing fee or the *in forma pauperis* application.

So ordered this 9th day of December, 2010.



**Signed By:**

*Karen K. Caldwell* KKC
**United States District Judge**